# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| United States of America<br>v.<br>SAMUEL GONZALEZ<br><br>_Defendant_ | )<br>)<br>) Case No.<br>)<br>) **25 MAG 1376**<br>) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_    SAMUEL GONZALEZ
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ☑ Complaint
❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

   18 U.S.C. §§ 2252A and 2 (distribution and possession of child pornography, aiding and abetting)


Date:    04/25/2025                                                     _/s/_
                                                                 _Issuing officer's signature_

City and state:   New York, NY                             Hon. Jennifer E. Willis, USMJ
                                                                 _Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____<br>at _(city and state)_ _____<br><br>Date: _____                                     _____<br>                                                                            _Arresting officer's signature_<br><br>                                                                            _____<br>                                                                            _Printed name and title_ |