UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA | **Order of Continuance** |
| v. | 25 Mag. 1376 |
| SAMUEL GONZALEZ, | |
| Defendant. | |

Upon the application of the United States of America and the affirmation of Katherine Cheng, Assistant United States Attorney for the Southern District of New York, it is found that the defendant was charged with violations of 18 U.S.C. §§ 2252A(a)(2)(B), (a)(5)(B), (b)(1), (b)(2), and 2, in a complaint dated April 25, 2025 and was arrested on April 28, 2025 in this District;

It is further found that, the defendant was presented before Magistrate Judge Barbara C. Moses in this District on April 28, 2025, and was ordered released on bail with certain conditions;

It is further found that on May 27, 2025, Magistrate Judge Robyn F. Tarnofsky entered an Order of Continuance, pursuant to Rule 5.1(d) and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed in this case until June 27, 2025;

It is further found that on June 24, 2025, Magistrate Judge Barbara C. Moses entered an Order of Continuance, pursuant to Rule 5.1(d) and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed in this case until July 28, 2025;

It is further found that on July 28, 2025, Magistrate Judge Stewart D. Aaron entered an Order of Continuance, pursuant to Rule 5.1(d) and 18 U.S.C. § 3161(h)(7)(A), extending the time

within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed in this case until August 27, 2025;

It is further found that on August 26, 2025, Magistrate Judge Katharine H. Parker entered an Order of Continuance, pursuant to Rule 5.1(d) and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed in this case until September 26, 2025;

It is further found that on September 22, 2025, Magistrate Judge Sarah L. Cave entered an Order of Continuance, pursuant to Rule 5.1(d) and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed in this case until October 27, 2025;

It is further found that on October 27, 2025, Magistrate Judge Barbara C. Moses entered an Order of Continuance, pursuant to Rule 5.1(d) and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed in this case until November 26, 2025;

It is further found that Neil P. Kelly, Esq., counsel for defendant, and Assistant United States Attorney Katherine Cheng have been engaged in discussions concerning a possible disposition of this case and have recently executed a plea agreement;

It is further found that the Government has requested a 30-day continuance in order to schedule a change of plea hearing to resolve this matter and that the defendant, through counsel, has consented that such a continuance may be granted for that purpose, specifically consenting to an extension of the deadlines under Rule 5.1 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(b) for an additional 30 days; and

It is further found that the granting of such a continuance is for good cause shown and best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A) is hereby granted until December 29, 2025, and that a copy of this Order and the affirmation of Assistant United States Attorney Katherine Cheng be served on counsel for the defendant by the United States Attorney's Office.

Dated: New York, New York
      November 25, 2025

_____
THE HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE

The Court has been advised that the Defendant may want to enter a change of plea. Accordingly, the parties shall appear for a conference with the Court on **December 9, 2025** at **10:30 a.m.** in **Courtroom 24B** of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SAMUEL GONZALEZ,<br><br><br>Defendant. | **Affirmation in Support of Application for Order of Continuance**<br><br>25 Mag. 1376 |

State of New York            )
County of New York          : ss.:
Southern District of New York    )

Katherine Cheng, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

1.      I am an Assistant United States Attorney in the Office of Jay Clayton, United States Attorney for the Southern District of New York. I submit this affirmation in support of an application for an order of continuance of the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A).

2.      The defendant was charged in a complaint dated April 25, 2025, with violations of 18 U.S.C. §§ 2252A(a)(2)(B), (a)(5)(B), (b)(1), (b)(2), and 2. The defendant was arrested on April 28, 2025 and was presented in this District before Magistrate Judge Barbara C. Moses on that same date, at which proceeding the defendant was represented by Neil P. Kelly, Esq., and ordered released on bail with certain conditions.

3.      At the presentment on April 28, 2025, a preliminary hearing was scheduled for May 28, 2025, after defense counsel consented to extend the deadline within which to conduct a

preliminary hearing.   Under the Speedy Trial Act, the Government had until May 28, 2025 within which to file an indictment or information. *See* 18 U.S.C. § 3161(b).

4.      On May 27, 2025, Magistrate Judge Robyn F. Tarnofsky entered an Order of Continuance, pursuant to Rule 5.1(d) and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed in this case until June 27, 2025.

5.      On June 24, 2025, Magistrate Judge Barbara C. Moses entered an Order of Continuance, pursuant to Rule 5.1(d) and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed in this case until July 28, 2025.

6.      On July 28, 2025, Magistrate Judge Stewart D. Aaron entered an Order of Continuance, pursuant to Rule 5.1(d) and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed in this case until August 27, 2025.

7.      On August 26, 2025, Magistrate Judge Katharine H. Parker entered an Order of Continuance, pursuant to Rule 5.1(d) and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed in this case until September 26, 2025.

8.      On September 22, 2025, Magistrate Judge Sarah L. Cave entered an Order of Continuance, pursuant to Rule 5.1(d) and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed in this case until October 27, 2025.

9. On October 27, 2025, Magistrate Judge Barbara C. Moses entered an Order of Continuance, pursuant to Rule 5.1(d) and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed in this case until November 26, 2025.

10. Defense counsel and I have had discussions regarding a possible disposition of this case, and the Government has recently received a signed plea agreement from defense counsel. However, in light of the upcoming Thanksgiving holiday, the parties are not available for a change of plea hearing before November 26, 2025.

11. Therefore, the Government requests a 30-day continuance until December 29, 2025, to continue the foregoing discussions toward resolving this matter. On November 24, 2025, I personally corresponded with defense counsel, who stated that the defendant consents to an extension of the preliminary hearing and Speedy Trial Act deadlines for 30 days, and has specifically consented to this request.

12. For the reasons stated above, good cause supports the extension of the preliminary hearing deadline, and the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

Dated: New York, New York
       November 25, 2025

Katherine Cheng
Assistant United States Attorney
212-637-2492

3