# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

March 11, 2026

**Via ECF**

Application GRANTED. The Clerk of Court is directed to terminate Doc. #31.

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED.

March 12, 2026

**Re:    United States v. Samuel Gonzalez
        25 Cr. 670 (JMF)**

Dear Judge Furman,

I write pursuant to Rule 10 of the Court's Individual Rules of Practice in Criminal Cases regarding redacted and sealed portions of the defense's sentencing submission.

In its public filings via ECF, the defense has redacted and/or sealed information that does not require prior Court approval, primarily medical and treatment records and other personal identifying information. The defense respectfully requests that the Court accept and maintain under seal these redacted portions and maintain under seal the following documents in full, which entirely or substantially contain such protected information:

- Ex. A, Report of Dr. Meg S. Kaplan, Ph.D
- Ex. B, Ltr. from J. Podell, LCSW
- Ex. C, Sexual Compulsives Anonymous Attendance Sheet
- Ex. D, Ltr. from S. Peknic, LMSW, MA
- Ex. E, Mustard Seed Forensic Social Work Services Client Progress Report
- Ex. F, Excerpts of NYU Student Health Records

The defense will provide Chambers with unredacted versions of these documents and highlighted versions of its proposed redactions.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc:     Counsel of record