

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 18, 2026

**BY EMAIL & ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

The motion is granted temporarily. That said, the Court is inclined to think that the materials can and should be unsealed and redacted only to the extent that they identify the victims (i.e., any names or other identifying information). The parties should be prepared to address the issue at sentencing. The Clerk of Court is directed to terminate ECF No. 34.

SO ORDERED.

March 19, 2026

Re:    *United States v. Samuel Gonzalez*, **25 Cr. 670 (JMF)**

Dear Judge Furman:

The Government respectfully submits this letter pursuant to Rule 10 of the Court's Individual Rules of Practice in Criminal Cases regarding redacted and sealed portions of the Government's sentencing submission.

The Government has redacted sensitive personal information about the minor victims from the submission publicly filed on ECF, and furthermore respectfully requests sealing of Government Exhibits A through K, which contain victim impact statements, pursuant to 18 U.S.C. §§ 3509(d)(2), 3771(a)(1) and (8). The Government will provide Chambers with an unredacted version of the sentencing submission and all attachments, as well as a version highlighting the proposed redactions.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Katherine Cheng
Diarra Guthrie
Assistant United States Attorneys
(212) 637-2492 / -2463

cc:    Neil Kelly, Esq.