# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

March 26, 2026

**Via ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*The Court noticed the mistake and has replaced the pdf with the correct Judgment with the box marked as suspended. The application to return the Defendant's passport is GRANTED. The Clerk of Court is directed to terminate Doc. #37. SO ORDERED.*

*March 26, 2026*

**Re:     United States v. Samuel Gonzalez**
**25 Cr. 670 (JMF)**

Dear Judge Furman,

I write with two requests in connection with the March 25, 2026 sentencing in the above-captioned matter.

First, pursuant to Federal Rule of Criminal Procedure 35(a), I respectfully request that the Court issue a corrected judgment document. In the Presentence Investigation Report ("PSR"), the Probation Department recommended that the otherwise mandatory drug testing condition of Mr. Gonzalez's probation be suspended based on its determination that he posed a low risk of future substance abuse. (PSR at 37.) In its oral pronouncement of sentence, the Court adopted the mandatory, standard, and special conditions as recommended by the Probation Department in the PSR. In the judgment document, however, the drug testing condition was not marked as suspended. (Doc. 36 at 2.)

To conform the judgment document with the Court's oral pronouncement of sentence, I respectfully request that the Court issue a corrected judgment document reflecting the Court's oral adoption of the probation conditions as reflected in the PSR and recommended by the Probation Department, including the suspension of the drug testing condition. *See United States v. Peguero*, 34 F.4th 143, 165 (2d Cir. 2022). The Government has no objection to this request.

Second, I respectfully request that the Court order the Pretrial Services Department to return Mr. Gonzalez's United States passport to him or a member of the Federal Defenders of New York. Mr. Gonzalez surrendered his passport in connection with his pretrial release in this matter and Pretrial Services cannot release this passport back to Mr. Gonzalez absent a Court order.

I thank the Court for its consideration of these requests.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc:    Counsel of record

2